IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IVEY GRANT,

   Petitioner,

   v.

SHANNON D. WITHERS WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-3041-TWT

**ORDER**

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 20 day of September, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Grant\r&r.wpd